05-103 ARR

| PROB 22 Rev.2/88 | | DOCKET NUMBER(Tran.Ct) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 00-6040-CR-Zloch |
| | | DOCKET NUMBER(Rec.Ct) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Southern Florida | DIVISION Fort Lauderdale |
|---|---|---|
| Dairel Worrell 6 Palm Court Brooklyn, NY | NAME OF SENTENCING JUDGE William J. Zloch | |
| SD/FL PACTS No. 62709 | DATES OF PROBATION SUPERVISED RELEASE | FROM 8/21/2003 — TO 8/20/2006 |

OFFENSE: Conspiracy to Possess With Intent to Distribute Cocaine

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

**IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Eastern District of New York__ upon the court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

4/27/05
Date                                          United States District Judge

*This sentence may be deleted in the discretion of the transferring Court

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __Eastern__ DISTRICT OF __New York__

**IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/25/05
Effective Date                                United States District Judge